ACCEPTED
12-15-00208-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/23/2015 10:40:16 AM
Pam Estes
CLERK

## CN: 12-15-00208-CR

| | | |
|---|---|---|
| **BRIAN ELRAY GARRETT** | § | **COURT OF APPEALS** |
| | § | |
| **V.** | § | **TWELFTH APPELLATE DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/23/2015 10:40:16 AM
PAM ESTES
Clerk

### APPELLANT'S MOTION FOR LATE-FILED BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now BRIAN GARRETT, Appellant herein, by and through the undersigned counsel of record and files this, Appellant's Motion for Late-Filed Brief:

I.

### Certificate of Conference

The undersigned counsel certifies that he has conferred with opposing counsel, Art Bauereiss, District Attorney Angelina County, Texas and he does not oppose the motion.

II.

Appellant was convicted by a jury in the District Court for Angelina County, Texas of the felony offense of Continuous Sexual Assault of a Child and the jury

1

assessed punishment of Fifty-Five (55) years confinement in the Texas Department of Criminal Justice, Institutional Division. Timely notice of appeal was thereafter given and the record was filed with this Court on September 22, 2015. Appellant's Brief was originally due to be filed on October 21, 2015 but this date by was extended to November 20, 2015. Appellant's second request for an extension of time extended the due date until December 11, 2015. Appellant requested and was this date granted a third extension of time that makes the current due date December 18, 2015. Appellant was then given an extension until December 22, 2015.

## III.

On December 22, 2015 Appellant submitted Brief for the Appellant to this Court in electronic format. Unfortunately, the Brief was retuned because it was not in a PDF searchable format. Appellant believes that this error has been corrected and the Brief of the Appellant is being resubmitted. Appellant respectfully moves that the Court permit late filing of the Brief to the day of acceptance.

## IV.

This Motion is not made for purposes of delay but to see that justice is done.

WHEREFORE, premises considered, Appellant respectfully prays that the motion be granted and that the Brief of the Appellant be permitted late filing.

Respectfully Submitted,

John W. Tunnell
Attorney at Law
Attorney for Appellant
TX State Bar # 20292100
315 E. Frank Ave.
Lufkin, Texas   75902-0414
Telephone: 936-699-3131
Facsimile: 936-699-2901

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served by facsimile #936-637-2818, on the attorney of record or party in accordance with the Texas Rules of Civil Procedure on this the 23rd day of December, 2015.

John W. Tunnell

Art Bauereiss
Angelina County District Attorney
P. O. Box 908
Lufkin, Texas 75902-0908


Brian Garrett, Appellant # 02028761
Byrd Unit
21 FM 247
Huntsville, Texas 77320

3

## CERTIFICATE OF COMPLIANCE

I certify that this document contains 289 words, counting all parts of the document except those excluded by Tex.R.App.P.9.4(i)(3). The text is in 14 point font.

John W. Tunnell